# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janet B. Porter<br>Dennis W. Porter<br><u>Debtors</u> | CHAPTER<br><br>BKY. NO. 10-11310 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A as Servicer for NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 1409

                                                      Respectfully submitted,

                                                      **/s/Joshua I. Goldman, Esquire**
                                                      Joshua I. Goldman, Esquire
                                                      Thomas Puleo, Esquire
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 825-6306  FAX (215) 825-6406